The People of the State of Illinois, Plaintiff-Appellee, v. Gene Autry Dean, et al., Defendants, (Impleaded), Appellants.

Gen. No. 50,572. 

First District, Second Division.

November 1, 1966.

Walter La Von Pride, of Chicago, for appellants; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and William J. Nellis, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.

People of the State of Illinois, Plaintiff-Appellee, v. Bobby Bright, Defendant-Appellant.

Gen. No. 50,575.

First District, Second Division.

November 1, 1966.

